| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | ROBERT D. BECKER (Bar No. CA 160648) |
| 2 | E-mail: rbecker@manatt.com |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 3 | E-mail: rkatz@manatt.com |
| | SHAWN G. HANSEN (Bar No. CA 197033) |
| 4 | E-mail: shansen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA  94304-1006 |
| | Telephone:  (650) 812-1300 |
| 6 | Facsimile:  (650) 213-0260 |

*Attorneys for Defendant*
KELORA SYSTEMS, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | Case No. 3:11-cv-03938-JCS |
| *Plaintiff*, | **CIVIL L.R. 6-1(a) STIPULATION TO EXTEND TIME TO AND INCLUDING OCTOBER 14, 2011, FOR KELORA SYSTEMS, LLC, TO ANSWER OR OTHERWISE RESPOND TO ADOBE SYSTEMS INCORPORATED'S FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** |
| vs. | |
| KELORA SYSTEMS, LLC, | |
| *Defendant*. | |

Pursuant to Civil L.R. 6-1(a), Plaintiff Adobe Systems Incorporated ("Adobe") and Defendant Kelora Systems, LLC ("Kelora"), by and through their respective undersigned counsel, hereby stipulate and agree that the time for Kelora to answer or otherwise respond to Adobe's First Amended Complaint for Declaratory Judgment (Docket No. 5) is extended by thirty (30) days, to and including October 14, 2011.

Pursuant to General Order No. 45(X)(B), the filer of this document hereby certifies that concurrence in the filing of this document has been obtained from the other signatory hereto.

| | | |
|---|---|---|
| 1 | Dated: September 6, 2011 | MANATT, PHELPS & PHILLIPS, LLP |

By: */s/ Robert D. Becker*
    Robert D. Becker
    Ronald S. Katz
    Shawn G. Hansen

*Attorneys for Defendant*
KELORA SYSTEMS, LLC

FISH & RICHARDSON, P.C.

By: */s/ Enrique D. Duarte*
    Enrique D. Duarte

*Attorneys for Plaintiff*
ADOBE SYSTEMS INCORPORATED

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 6, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing CIVIL L.R. 6-1(a) STIPULATION TO EXTEND TIME TO AND INCLUDING OCTOBER 14, 2011, FOR KELORA SYSTEMS, LLC, TO ANSWER OR OTHERWISE RESPOND TO ADOBE SYSTEMS INCORPORATED'S FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT.

By: */s/ Robert D. Becker*
    Robert D. Becker

300700897.1

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 9/6/2011 — IT IS SO ORDERED — Judge Joseph C. Spero]

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2