Frank E. Scherkenbach (CA Bar #142549 / scherkenbach@com)
FISH & RICHARDSON P.C.
One Marine Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jason W. Wolff (CA Bar #215819 / wolff@fr.com)
Olga I. May (CA Bar # 232012 / omay@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Enrique Duarte (CA Bar # 247523 / duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071


Attorneys for Plaintiff
ADOBE SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>   Plaintiff<br><br>   v.<br><br>KELORA SYSTEMS, LLC,<br><br>   Defendant. | Case No. CV11-03938 CW<br><br>PLAINTIFF'S NOTICE OF FILING OF CERTIFICATE OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE |

1

2

PLEASE TAKE NOTICE that on October 6, 2011, in accordance with this Court's

October 5, 2011 Case Management Scheduling Order for Reassigned Civil Case [Dkt. No. 21],

Plaintiff Adobe Systems Incorporated served a copy of the Case Management Scheduling Order

for Reassigned Civil Case by the U.S. Mail upon the counsel of record for the parties to this case

listed below [*see* Exhibit A]:

Defendant Kelora Systems, LLC

Robert D. Becker, Esq.
Manatt Phelps and Philips
1001 Page Mill Road, Bldg 2
Palo Alto, CA  94304.

Dated:  October 6, 2011

FISH & RICHARDSON P.C.

By:  */s/ Olga I. May*

Attorneys for Plaintiff
ADOBE SYSTEMS INC.

PLAINTIFF'S NOTICE OF FILING OF CERTIFICATE
OF SERVICE OF CASE MANAGEMENT
SCHEDULING ORDER FOR REASSIGNED CIVIL
CASE
CV11-03938 CW