1  Frank E. Scherkenbach (CA Bar No. 142549)
   scherkenbach@fr.com
2  FISH & RICHARDSON P.C.
   One Marine Park Drive
3  Boston, MA 02210
   Telephone: (617) 542-5070
4  Facsimile: (617) 542-8906

5  Jason W. Wolff (CA Bar No. 215819)
   wolff@fr.com
6  Olga I. May (CA Bar No. 232012)
   omay@fr.com
7  FISH & RICHARDSON P.C.
   12390 El Camino Real
8  San Diego, CA 92130
   Telephone:  (858) 678-5070
9  Facsimile:  (858) 678-5099

10  Enrique Duarte (CA Bar No. 247523)
    duarte@fr.com
11  FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
12  Redwood City, CA 94063
    Telephone:  (650) 839-5070
13  Facsimile:   (650) 839-5071

14  Attorneys for Plaintiff Adobe Systems
    Incorporated

Robert D. Becker (CA Bar No. 160648)
rbecker@manatt.com
Ronald S. Katz (CA Bar No. 85713)
rkatz@manatt.com
Shawn G. Hansen (CA Bar No. 197033)
shansen@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, California  94304
Telephone:        (650) 812-1300
Facsimile:        (650) 213-0260

Attorneys for Defendant Kelora Systems, LLC

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19

20  ADOBE SYSTEMS INCORPORATED, a
    Delaware Corporation,
21
                      Plaintiff,
22
23           v.
24  KELORA SYSTEMS, LLC, a Delaware Limited
    Liability Company,
25
                      Defendant.
26

Case No. CV11-03938 CW

**AMENDED STIPULATION SELECTING PRIVATE MEDIATION AS ADR; ~~PROPOSED~~ ORDER**

27

28

                                1                    Case No. CV11-03938 CW

1    Plaintiff Adobe Systems Incorporated and Defendant Kelora Systems, LLC, through their

2   respective counsel, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, have met and conferred regarding

3   ADR and hereby stipulate to private mediation at JAMS by the Court-ordered deadline of April 16,

4   2012.  [Dkt. No. 26.]  The parties' previous stipulation filed on October 18, 2011 and selecting

5   court-sponsored mediation as the ADR method was filed in error.  [Dkt. No. 25.]  Accordingly, the

6   parties respectfully request that the Court approve private mediation at JAMS by April 16, 2012 as

7   the ADR method in this case.

8           **SO STIPULATED.**

9   By:  /s/ *Olga I. May*                              By: /s/ Robert D. Becker

10  Frank E. Scherkenbach (CA Bar #142549)              Robert D. Becker (Bar No. 160648)
    scherkenbach@fr.com                                 rbecker@manatt.com
11  FISH & RICHARDSON P.C.                              Ronald S. Katz (Bar No. 85713)
    One Marine Park Drive                               rkatz@manatt.com
12  Boston, MA 02210                                    Shawn G. Hansen (Bar No. 197033)
    Telephone: (617) 542-5070                           shansen@manatt.com
13  Facsimile: (617) 542-8906                           MANATT, PHELPS & PHILLIPS, LLP
                                                        1001 Page Mill Road, Building 2
14  Jason W. Wolff (CA Bar #215819)                     Palo Alto, California  94304
    wolff@fr.com                                        Telephone:        (650) 812-1300
15  Olga I. May (CA Bar # 232012)                       Facsimile:        (650) 213-0260
    omay@fr.com
16  FISH & RICHARDSON P.C.                              *Attorneys for Defendant Kelora Systems, LLC*
    12390 El Camino Real
17  San Diego, CA 92130
    Telephone:  (858) 678-5070
18  Facsimile:  (858) 678-5099

19  Enrique Duarte (CA Bar # 247523)
    duarte@fr.com
20  FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
21  Redwood City, CA 94063
    Telephone:  (650) 839-5070
22  Facsimile:   (650) 839-5071

23  *Attorneys for Plaintiff Adobe Systems Incorporated*

24          **SIGNATURE ATTESTATION**

25          Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of

26  this document has been obtained from each of the other signatories shown above.

27                                  _/s/ Olga I. May__
                                        Olga I. May

28

1

## ~~PROPOSED~~ ORDER

2        Having carefully considered the parties' Stipulation Selecting Private Mediation as ADR, the

3  Court hereby grants the parties' request and approves private mediation at JAMS by April 16, 2012

4  as the ADR method in this case.

5        **IT IS SO ORDERED.**

6

7  Date: _____10/20/2011_____                     _____

8                                                      CLAUDIA WILKEN
                                                        UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that a true and correct copy of the above and foregoing

3 document has been served on October 19, 2011 to all counsel of record who are deemed to have

4 consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be

5 served by electronic mail, facsimile and/or overnight delivery.

6
                                    /s/ *Olga I. May*
7                                    Olga I. May

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV11-03938 CW