1  Frank E. Scherkenbach (CA Bar No. 142549)
   scherkenbach@fr.com
2  FISH & RICHARDSON P.C.
   One Marine Park Drive
3  Boston, MA 02210
   Telephone: (617) 542-5070
4  Facsimile: (617) 542-8906

5  Jason W. Wolff (CA Bar No. 215819)
   wolff@fr.com
6  Olga I. May (CA Bar No. 232012)
   omay@fr.com
7  FISH & RICHARDSON P.C.
   12390 El Camino Real
8  San Diego, CA 92130
   Telephone:  (858) 678-5070
9  Facsimile:  (858) 678-5099

10 Enrique Duarte (CA Bar No. 247523)
   duarte@fr.com
11 FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
12 Redwood City, CA 94063
   Telephone:  (650) 839-5070
13 Facsimile:   (650) 839-5071

14 Attorneys for Plaintiff Adobe Systems
   Incorporated
15

16
17
18
19

Robert D. Becker (CA Bar No. 160648)
rbecker@manatt.com
Ronald S. Katz (CA Bar No. 85713)
rkatz@manatt.com
Shawn G. Hansen (CA Bar No. 197033)
shansen@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, California  94304
Telephone:        (650) 812-1300
Facsimile:        (650) 213-0260

Attorneys for Defendant Kelora Systems, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

20 | ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | Case No. CV11-03938 CW
21 | | **AMENDED STIPULATION SELECTING PRIVATE MEDIATION AS ADR;**
22 | Plaintiff, | ~~**PROPOSED**~~ **ORDER**
23 | v. |
24 | KELORA SYSTEMS, LLC, a Delaware Limited Liability Company, |
25 | |
26 | Defendant. |
27
28

1                          Case No. CV11-03938 CW

1   Plaintiff Adobe Systems Incorporated and Defendant Kelora Systems, LLC, through their

2   respective counsel, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, have met and conferred regarding

3   ADR and hereby stipulate to private mediation at JAMS by the Court-ordered deadline of April 16,

4   2012. [Dkt. No. 26.] The parties' previous stipulation filed on October 18, 2011 and selecting

5   court-sponsored mediation as the ADR method was filed in error. [Dkt. No. 25.] Accordingly, the

6   parties respectfully request that the Court approve private mediation at JAMS by April 16, 2012 as

7   the ADR method in this case.

8   **SO STIPULATED.**

9   By: _/s/ Olga I. May_                                  By: _/s/ Robert D. Becker_

10  Frank E. Scherkenbach (CA Bar #142549)              Robert D. Becker (Bar No. 160648)
    scherkenbach@fr.com                                 rbecker@manatt.com
11  FISH & RICHARDSON P.C.                              Ronald S. Katz (Bar No. 85713)
    One Marine Park Drive                               rkatz@manatt.com
12  Boston, MA 02210                                    Shawn G. Hansen (Bar No. 197033)
    Telephone: (617) 542-5070                           shansen@manatt.com
13  Facsimile: (617) 542-8906                           MANATT, PHELPS & PHILLIPS, LLP
                                                        1001 Page Mill Road, Building 2
14  Jason W. Wolff (CA Bar #215819)                     Palo Alto, California 94304
    wolff@fr.com                                        Telephone:      (650) 812-1300
15  Olga I. May (CA Bar # 232012)                       Facsimile:      (650) 213-0260
    omay@fr.com
16  FISH & RICHARDSON P.C.                              *Attorneys for Defendant Kelora Systems, LLC*
    12390 El Camino Real
17  San Diego, CA 92130
    Telephone: (858) 678-5070
18  Facsimile: (858) 678-5099

19  Enrique Duarte (CA Bar # 247523)
    duarte@fr.com
20  FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
21  Redwood City, CA 94063
    Telephone: (650) 839-5070
22  Facsimile: (650) 839-5071

23  *Attorneys for Plaintiff Adobe Systems Incorporated*

24  **SIGNATURE ATTESTATION**

25  Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of

26  this document has been obtained from each of the other signatories shown above.

27  _/s/ Olga I. May_____
    Olga I. May

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**~~PROPOSED~~ ORDER**

Having carefully considered the parties' Stipulation Selecting Private Mediation as ADR, the Court hereby grants the parties' request and approves private mediation at JAMS by April 16, 2012 as the ADR method in this case.

**IT IS SO ORDERED.**

Date: ____10/20/2011____

_____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1

**<u>CERTIFICATE OF SERVICE</u>**

2

    The undersigned hereby certifies that a true and correct copy of the above and foregoing

3

document has been served on October 19, 2011 to all counsel of record who are deemed to have

4

consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be

5

served by electronic mail, facsimile and/or overnight delivery.

6

7

                    /s/ *Olga I. May*
                    Olga I. May

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV11-03938 CW