IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>      Plaintiff,<br><br>   v.<br><br>KELORA SYSTEMS LLC,<br><br>      Defendant.<br>_____/ | No. C 11-3938 CW<br><br>CASE MANAGEMENT ORDER |

A case management conference was held on December 1, 2011. The parties' agreements as set forth in the Case Management Statement are hereby adopted by the Court, except as may be noted below. Where the parties did not reach an agreement, the parties shall conduct discovery according to the limitations set forth in the Federal Rules of Civil Procedure. The parties may file motions to seek modification of these limitations. The Court's standard Order for Pretrial Preparation applies as well.

The Court adopts the following schedule for this case:

| Event | Date |
|---|---|
| Parties may serve discovery | 3 business days after the Court issues its Order on Kelora's Motion to Dismiss |
| Parties to serve initial disclosure | 3 business days after Kelora files Answer to Adobe's Second Amended Complaint |
| Kelora to serve infringement contentions if Kelora asserts infringement counterclaims | February 13, 2012 |
| Last day to file motions to amend pleadings | February 27, 2012 |
| Adobe to serve invalidity contentions | March 29, 2012 |

| | | |
|---|---|---|
| 1 | Parties to serve lists of terms to be construed | April 12, 2012 |
| 2 | Parties to exchange proposed preliminary claim constructions | May 3, 2012 |
| 3, 4 | Parties to file joint claim construction and prehearing statement | May 29, 2012 |
| 5 | Parties to complete claim construction discovery | June 28, 2012 |
| 6, 7, 8 | Adobe files opening brief on claim construction and motion for summary judgment<br><br>Contained within a single brief | July 12, 2012 |
| 9, 10, 11 | Kelora files responsive brief on claim construction and summary judgment, and any cross-motion for summary judgment<br><br>Contained within a single brief | July 26, 2012 |
| 12, 13, 14, 15 | Adobe files reply brief on claim construction and summary judgment, and any opposition to Kelora's cross-motion for summary judgment<br><br>Contained within a single brief | August 2, 2012 |
| 16, 17 | Kelora files reply brief on its cross-motion for summary judgment | August 9, 2012 |
| 18, 19 | Hearing on claim construction, motion for summary judgment and any other case dispositive motions | August 23, 2012 at 2:00 p.m. |
| 20, 21 | Further case management conference | August 23, 2012 at 2:00 p.m. |
| 22 | Deadline for mediation | August 23, 2012 |
| 23 | Fact discovery cut-off | August 16, 2012 |
| 24 | Produce support for the advice of counsel defense, if asserted | October 22, 2012 |
| 25 | Produce initial expert disclosures and report | December 14, 2012 |
| 26 | Produce rebuttal expert disclosures and report | January 14, 2013 |
| 27 | Expert discovery cut-off | January 28, 2013 |

**United States District Court**
For the Northern District of California

2

| Final pre-trial conference | April 3, 2013 at 2:00 p.m. |
| Ten day jury trial to start | April 22, 2013 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: 12/7/2011

CLAUDIA WILKEN
United States District Judge