Frank E. Scherkenbach
(CA Bar No. 142549/scherkenbach@fr.com)
FISH & RICHARDSON P.C.
One Marine Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jason W. Wolff
(CA Bar No. 215819/wolff@fr.com)
Olga I. May
(CA Bar No. 232012/omay@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Enrique D. Duarte
(CA Bar No. 247523/duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071
Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

Robert D. Becker
(Bar No. 160648/rbecker@manatt.com)
Ronald S. Katz
(Bar No. 85713/rkatz@manatt.com)
Shawn G. Hansen
(Bar No. 197033/shansen@manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
1841 Page Mill Road, Suite 200
Palo Alto, California  94304
Telephone:      (650) 812-1300
Facsimile:       (650) 213-0260

Attorneys for Defendant-Counterclaimant
KELORA SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>           Plaintiff-Counterdefendant,<br><br>    v.<br><br>KELORA SYSTEMS, LLC, a Delaware Limited Liability Company,<br><br>           Defendant-Counterclaimant.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No. 11-cv-03938-CW<br><br>**STIPULATION REGARDING ADMINISTRATIVE CLOSURE OF CASE; ~~PROPOSED~~ ORDER** |

1    In accordance with Civil L.R. 7-12, Adobe Systems Inc. and Kelora Systems, LLC

2    (collectively "the parties") hereby stipulate, through their respective counsel, to administrative

3    closure of this case, so as to stay matters, pending Kelora's filing of any appeal(s) in the related

4    cases and/or resolution of such appeal(s).

5    The related cases, also assigned to this Court, are:

6         a.    *eBay Inc. and Microsoft Corp. v. PartsRiver, In*c., No. 4:10-cv-4947-CW (filed Nov.

7              2, 2010);

8         b.    *Kelora Systems, LLC v. Target Corporation et al.*, No. 5:11-cv-1548-CW (filed Nov.
          8, 2010); and

9         c.    *Cabela's Inc. v. Kelora Systems, LLC*, No. 3:11-cv-1398-CW (filed Mar. 23, 2011).

10   On May 21, 2012, in each of the related cases, this Court issued an Order on Claim

11   Construction and Granting Motion for Summary Judgment, finding Kelora's U.S. Patent No.

12   6,275,821 ("the '821 patent") invalid.  [*See, e.g.,* Case No. 10-4947, Dkt. No. 153.]  Kelora is

13   considering whether to appeal the decision.  Because the instant case was brought for declaratory

14   judgment of noninfringement and invalidity of the same '821 patent, the outcome of the appeal(s)

15   could affect the resolution of the claims in this case.

16   The parties hereby withdraw all currently outstanding discovery requests, including those

17   served on parties and third parties.

18   There are no pending motions.

19   Finally, the parties agree to file a status report with the Court within 14 days of final

20   disposition (e.g. docketing of the mandate of the Federal Circuit Court of Appeals in the District

21   Court) on Kelora's appeal(s) in the related cases or within 14 days after the deadline for filing an

22   appeal in the related cases if Kelora does not file any appeal(s).

23

24

25

26

27

28

Case No. CV11-03938 CW

DATED: June 12, 2012

By: /s/ Robert D. Becker

    Robert D. Becker (Bar #160648)
    rbecker@manatt.com
    Ronald S. Katz (Bar #85713)
    rkatz@manatt.com
    Shawn G. Hansen (Bar #197033)
    shansen@manatt.com
    MANATT, PHELPS & PHILLIPS, LLP
    1841 Page Mill Road, Suite 200
    Palo Alto, California  94304
    Telephone:    (650) 812-1300
    Facsimile:    (650) 213-0260

*Attorneys for Defendant-Counterclaimant Kelora Systems, LLC*

DATED: June 12, 2012

By: /s/ Olga I. May

    Frank E. Scherkenbach (CA Bar #142549)
    scherkenbach@fr.com
    FISH & RICHARDSON P.C.
    One Marine Park Drive
    Boston, MA 02210
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

    Jason W. Wolff (CA Bar #215819)
    wolff@fr.com
    Olga I. May (CA Bar #232012)
    omay@fr.com
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Enrique Duarte (CA Bar #247523)
    duarte@fr.com
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

*Attorneys for Plaintiff-Counterdefendant Adobe Systems Incorporated*

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Olga I. May

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation regarding Administrative Closure of Case, the Court approves the stipulation and **ADMINISTRATIVELY CLOSES** the instant case in its entirety, so as to stay matters, pending the filing of any Kelora's appeal(s) of this Court's May 21, 2012 Order on Claim Construction and Granting Motion for Summary Judgment (as amended on June 5, 2012) in the related cases and resolution of such appeal(s). The Court further orders as follows:

1.      All dates are vacated.

2.      All currently outstanding discovery requests, including those served on parties and third parties, are withdrawn.

3.      The parties shall file a status report with the Court within 14 days of final disposition (e.g. docketing of the mandate of the Federal Circuit Court of Appeals in the District Court) on Kelora's appeal(s) in the related cases or within 14 days after the deadline for filing an appeal in the related cases if Kelora does not file any appeal(s).

4.      The Clerk shall administratively close this case pending resolution of Kelora's appeal or the filing of the parties' report if Kelora does not appeal.

5.      Nothing contained in this Order shall be considered a final dismissal or disposition of this action.

**IT IS SO ORDERED.**

Dated: _____6/21/2012_____

_____
CLAUDIA WILKEN
United States District Judge

3                                                    Case No. CV11-03938 CW