| | |
|---|---|
| Frank E. Scherkenbach<br>(CA Bar No. 142549/scherkenbach@fr.com)<br>FISH & RICHARDSON P.C.<br>One Marine Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br><br>Jason W. Wolff<br>(CA Bar No. 215819/wolff@fr.com)<br>Olga I. May<br>(CA Bar No. 232012/omay@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone:  (858) 678-5070<br>Facsimile:   (858) 678-5099<br><br>Enrique D. Duarte<br>(CA Bar No. 247523/duarte@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br>Attorneys for Plaintiff<br>ADOBE SYSTEMS INCORPORATED | Robert D. Becker<br>(Bar No. 160648/rbecker@manatt.com)<br>Ronald S. Katz<br>(Bar No. 85713/rkatz@manatt.com)<br>Shawn G. Hansen<br>(Bar No. 197033/shansen@manatt.com)<br>MANATT, PHELPS & PHILLIPS, LLP<br>1841 Page Mill Road, Suite 200<br>Palo Alto, California  94304<br>Telephone:        (650) 812-1300<br>Facsimile:         (650) 213-0260<br><br>Attorneys for Defendant-Counterclaimant<br>KELORA SYSTEMS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>　　　　　　Plaintiff-Counterdefendant,<br><br>　　v.<br><br>KELORA SYSTEMS, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendant-Counterclaimant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 11-cv-03938-CW<br><br>**STIPULATION REGARDING ADMINISTRATIVE CLOSURE OF CASE; ~~PROPOSED~~ ORDER** |

302576347.3

Case No. CV11-03938 CW

1   In accordance with Civil L.R. 7-12, Adobe Systems Inc. and Kelora Systems, LLC (collectively "the parties") hereby stipulate, through their respective counsel, to administrative closure of this case, so as to stay matters, pending Kelora's filing of any appeal(s) in the related cases and/or resolution of such appeal(s).

The related cases, also assigned to this Court, are:

a.  *eBay Inc. and Microsoft Corp. v. PartsRiver, In*c., No. 4:10-cv-4947-CW (filed Nov. 2, 2010);

b.  *Kelora Systems, LLC v. Target Corporation et al.*, No. 5:11-cv-1548-CW (filed Nov. 8, 2010); and

c.  *Cabela's Inc. v. Kelora Systems, LLC*, No. 3:11-cv-1398-CW (filed Mar. 23, 2011).

On May 21, 2012, in each of the related cases, this Court issued an Order on Claim Construction and Granting Motion for Summary Judgment, finding Kelora's U.S. Patent No. 6,275,821 ("the '821 patent") invalid. [*See, e.g.,* Case No. 10-4947, Dkt. No. 153.] Kelora is considering whether to appeal the decision. Because the instant case was brought for declaratory judgment of noninfringement and invalidity of the same '821 patent, the outcome of the appeal(s) could affect the resolution of the claims in this case.

The parties hereby withdraw all currently outstanding discovery requests, including those served on parties and third parties.

There are no pending motions.

Finally, the parties agree to file a status report with the Court within 14 days of final disposition (e.g. docketing of the mandate of the Federal Circuit Court of Appeals in the District Court) on Kelora's appeal(s) in the related cases or within 14 days after the deadline for filing an appeal in the related cases if Kelora does not file any appeal(s).

1  DATED: June 12, 2012                                    DATED: June 12, 2012

2  By: */s/ Robert D. Becker*                              By: */s/ Olga I. May*

3     Robert D. Becker (Bar #160648)                          Frank E. Scherkenbach (CA Bar #142549)
       rbecker@manatt.com                                     scherkenbach@fr.com
4      Ronald S. Katz (Bar #85713)                            FISH & RICHARDSON P.C.
       rkatz@manatt.com                                       One Marine Park Drive
5      Shawn G. Hansen (Bar #197033)                          Boston, MA 02210
       shansen@manatt.com                                     Telephone: (617) 542-5070
6      MANATT, PHELPS & PHILLIPS, LLP                         Facsimile: (617) 542-8906
       1841 Page Mill Road, Suite 200
7      Palo Alto, California  94304                           Jason W. Wolff (CA Bar #215819)
       Telephone:    (650) 812-1300                           wolff@fr.com
8      Facsimile:    (650) 213-0260                           Olga I. May (CA Bar #232012)
                                                              omay@fr.com
9                                                             FISH & RICHARDSON P.C.
       *Attorneys for Defendant-Counterclaimant*              12390 El Camino Real
10     *Kelora Systems, LLC*                                  San Diego, CA 92130
                                                              Telephone:  (858) 678-5070
11                                                            Facsimile:  (858) 678-5099

12                                                            Enrique Duarte (CA Bar #247523)
                                                              duarte@fr.com
13                                                            FISH & RICHARDSON P.C.
                                                              500 Arguello Street, Suite 500
14                                                            Redwood City, CA 94063
                                                              Telephone:  (650) 839-5070
15                                                            Facsimile:  (650) 839-5071

16                                                            *Attorneys for Plaintiff-Counterdefendant*
                                                              *Adobe Systems Incorporated*
17

18

19                                    **SIGNATURE ATTESTATION**

20        Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this

21  document has been obtained from each of the other signatories shown above.

22
                                            */s/ Olga I. May*
23

24

25

26

27

28

                                              2                         Case No. CV11-03938 CW

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation regarding Administrative Closure of Case, the Court approves the stipulation and **ADMINISTRATIVELY CLOSES** the instant case in its entirety, so as to stay matters, pending the filing of any Kelora's appeal(s) of this Court's May 21, 2012 Order on Claim Construction and Granting Motion for Summary Judgment (as amended on June 5, 2012) in the related cases and resolution of such appeal(s). The Court further orders as follows:

1. All dates are vacated.

2. All currently outstanding discovery requests, including those served on parties and third parties, are withdrawn.

3. The parties shall file a status report with the Court within 14 days of final disposition (e.g. docketing of the mandate of the Federal Circuit Court of Appeals in the District Court) on Kelora's appeal(s) in the related cases or within 14 days after the deadline for filing an appeal in the related cases if Kelora does not file any appeal(s).

4. The Clerk shall administratively close this case pending resolution of Kelora's appeal or the filing of the parties' report if Kelora does not appeal.

5. Nothing contained in this Order shall be considered a final dismissal or disposition of this action.

**IT IS SO ORDERED.**

Dated: 6/21/2012

_____
CLAUDIA WILKEN
United States District Judge