1  Frank E. Scherkenbach
   (CA Bar No. 142549/scherkenbach@fr.com)
2  FISH & RICHARDSON P.C.
3  One Marine Park Drive
   Boston, MA 02210
4  Telephone: (617) 542-5070
   Facsimile: (617) 542-8906
5
6  Jason W. Wolff
   (CA Bar No. 215819/wolff@fr.com)
7  Olga I. May
   (CA Bar No. 232012/omay@fr.com)
8  FISH & RICHARDSON P.C.
   12390 El Camino Real
9  San Diego, CA 92130
10 Telephone:  (858) 678-5070
   Facsimile:   (858) 678-5099
11
12 Enrique D. Duarte
   (CA Bar No. 247523/duarte@fr.com)
13 FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
14 Redwood City, CA 94063
   Telephone:  (650) 839-5070
15 Facsimile:   (650) 839-5071
16 Attorneys for Plaintiff-Counterdefendant
   ADOBE SYSTEMS INCORPORATED

Robert D. Becker
(Bar No. 160648/rbecker@manatt.com)
Ronald S. Katz
(Bar No. 85713/rkatz@manatt.com)
Shawn G. Hansen
(Bar No. 197033/shansen@manatt.com)
Neil Swartzberg
 (Bar No. 215133/nswartzberg@manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
1841 Page Mill Road, Suite 200
Palo Alto, California  94304
Telephone:        (650) 812-1300
Facsimile:         (650) 213-0260

Attorneys for Defendant-Counterclaimant
KELORA SYSTEMS, LLC

17               UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                       OAKLAND DIVISION

| | |
|---|---|
| 20  ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br>21<br>22             Plaintiff-Counterdefendant,<br>23        v.<br>24  KELORA SYSTEMS, LLC, a Delaware Limited Liability Company,<br>25<br>             Defendant-Counterclaimant.<br>26<br>27  AND RELATED COUNTERCLAIM. | Case No. CV11-03938 CW<br><br>**STIPULATION REGARDING DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS;** ~~PROPOSED~~ **ORDER**<br><br>**Honorable Claudia Wilken** |

28

Case No. CV11-03938 CW

On March 19, 2013, the Federal Circuit Court of Appeals affirmed this Court's grant of summary judgment of invalidity of U.S. Patent No. 6,275,821 in the related cases listed below, also assigned to this Court:

    a.    *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc.*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010);

    b.    *Cabela's Inc. v. Kelora Systems, LLC*, No. 3:11-cv-1398-CW (filed Mar. 23, 2011); and

    c.    *Kelora Systems, LLC v. Target Corporation et al.*, No. 5:11-cv-1548-CW (filed Nov. 8, 2010).

*See eBay Inc. v. Kelora Systems, LLC*, 2013 WL 1111071 (Fed. Cir. Mar. 19, 2013); *see also* Dkt. Nos. 189-190 in Case No. 4:10-cv-04947-CW; Dkt. Nos. 161-162 in Case No. 3:11-cv-1398-CW; and Dkt. Nos. 535-536 in Case No. 5:11-cv-1548-CW.

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff-Counterdefendant Adobe Systems Inc. ("Adobe") and Defendant-Counterclaimant Kelora Systems, LLC ("Kelora," collectively "the parties") hereby stipulate, through their respective counsel, to the dismissal of all Adobe's claims against Kelora without prejudice and of all Kelora's counterclaims against Adobe with prejudice. Each side agrees to bear its own costs and fees in this action.

DATED: June 14, 2013

By: */s/ Neil Swartzberg*

    Robert D. Becker (Bar No. 160648)
        <rbecker@manatt.com>
    Ronald S. Katz (Bar No. 85713)
        <rkatz@manatt.com>
    Shawn G. Hansen (Bar No. 197033)
        shansen@manatt.com
    Neil Swartzberg (Bar No. 215133)
        nswartzberg@manatt.com
    MANATT, PHELPS & PHILLIPS, LLP
    1841 Page Mill Road, Suite 200
    Palo Alto, California  94304
    Telephone:    (650) 812-1300
    Facsimile:    (650) 213-0260

    *Attorneys for Defendant-Counterclaimant Kelora Systems, LLC*

DATED: June 14, 2013

By: */s/ Olga I. May*

    Frank E. Scherkenbach (CA Bar #142549)
        <scherkenbach@fr.com>
    FISH & RICHARDSON P.C.
    One Marine Park Drive
    Boston, MA 02210
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

    Jason W. Wolff (CA Bar #215819)
    wolff@fr.com
    Olga I. May (CA Bar # 232012)
    omay@fr.com
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone:  (858) 678-5070
    Facsimile:  (858) 678-5099

| | |
|---|---|
| 1 | Enrique Duarte (CA Bar # 247523) |
| 2 | duarte@fr.com |
| | FISH & RICHARDSON P.C. |
| 3 | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| 4 | Telephone:  (650) 839-5070 |
| | Facsimile:   (650) 839-5071 |

*Attorneys for Plaintiff-Counterdefendant*
*Adobe Systems Incorporated*

### SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

*/s/ Olga I. May*  _____

**~~[PROPOSED]~~ ORDER**

Having reviewed the parties' Stipulation regarding Dismissal of All Claims and Counterclaims, this Court adopts the Stipulation.

**IT IS HEREBY ORDERED THAT:**

1. All Adobe's claims against Kelora in this action are dismissed without prejudice;
2. All Kelora's counterclaims against Adobe in this action are dismissed with prejudice.
3. Each side agrees to bear its own costs and fees in this action.

**IT IS SO ORDERED.**

Dated: 6/19/2013

CLAUDIA WILKEN
United States District Judge