1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Frank E. Scherkenbach
(CA Bar No. 142549/scherkenbach@fr.com)
FISH & RICHARDSON P.C.
One Marine Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jason W. Wolff
(CA Bar No. 215819/wolff@fr.com)
Olga I. May
(CA Bar No. 232012/omay@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Enrique D. Duarte
(CA Bar No. 247523/duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071
Attorneys for Plaintiff-Counterdefendant
ADOBE SYSTEMS INCORPORATED

Robert D. Becker
(Bar No. 160648/rbecker@manatt.com)
Ronald S. Katz
(Bar No. 85713/rkatz@manatt.com)
Shawn G. Hansen
(Bar No. 197033/shansen@manatt.com)
Neil Swartzberg
 (Bar No. 215133/nswartzberg@manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
1841 Page Mill Road, Suite 200
Palo Alto, California  94304
Telephone:         (650) 812-1300
Facsimile:          (650) 213-0260

Attorneys for Defendant-Counterclaimant
KELORA SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>                Plaintiff-Counterdefendant,<br><br>    v.<br><br>KELORA SYSTEMS, LLC, a Delaware Limited Liability Company,<br><br>                Defendant-Counterclaimant.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV11-03938 CW<br><br>**STIPULATION REGARDING DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS; ~~PROPOSED~~ ORDER**<br><br>**Honorable Claudia Wilken** |

Case No. CV11-03938 CW

1    On March 19, 2013, the Federal Circuit Court of Appeals affirmed this Court's grant of

2    summary judgment of invalidity of U.S. Patent No. 6,275,821 in the related cases listed below, also

3    assigned to this Court:

4    a.    *eBay Inc. and Microsoft Corp. v. PartsRiver, In*c., No. 4:10-cv-4947-CW (filed Nov. 2, 2010);

5

6    b.    *Cabela's Inc. v. Kelora Systems, LLC*, No. 3:11-cv-1398-CW (filed Mar. 23, 2011); and

7    c.    *Kelora Systems, LLC v. Target Corporation et al.*, No. 5:11-cv-1548-CW (filed Nov. 8, 2010).

8

9    *See eBay Inc. v. Kelora Systems, LLC*, 2013 WL 1111071 (Fed. Cir. Mar. 19, 2013); *see also* Dkt.

10   Nos. 189-190 in Case No. 4:10-cv-04947-CW; Dkt. Nos. 161-162 in Case No. 3:11-cv-1398-CW;

11   and Dkt. Nos. 535-536 in Case No. 5:11-cv-1548-CW.

12   Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff-Counterdefendant Adobe Systems Inc.

13   ("Adobe") and Defendant-Counterclaimant Kelora Systems, LLC ("Kelora," collectively "the

14   parties") hereby stipulate, through their respective counsel, to the dismissal of all Adobe's claims

15   against Kelora without prejudice and of all Kelora's counterclaims against Adobe with prejudice.

16   Each side agrees to bear its own costs and fees in this action.

17   DATED: June 14, 2013                          DATED: June 14, 2013

18

19   By: */s/ Neil Swartzberg*                      By:  */s/ Olga I. May*

20   Robert D. Becker (Bar No. 160648)              Frank E. Scherkenbach (CA Bar #142549)
        <rbecker@manatt.com>                           <scherkenbach@fr.com>
21   Ronald S. Katz (Bar No. 85713)                 FISH & RICHARDSON P.C.
        <rkatz@manatt.com>                             One Marine Park Drive
22   Shawn G. Hansen (Bar No. 197033)               Boston, MA 02210
        shansen@manatt.com                            Telephone: (617) 542-5070
23   Neil Swartzberg (Bar No. 215133)               Facsimile: (617) 542-8906
        nswartzberg@manatt.com
24   MANATT, PHELPS & PHILLIPS, LLP                 Jason W. Wolff (CA Bar #215819)
     1841 Page Mill Road, Suite 200                 wolff@fr.com
25   Palo Alto, California  94304                    Olga I. May (CA Bar # 232012)
     Telephone:    (650) 812-1300                   omay@fr.com
26   Facsimile:    (650) 213-0260                   FISH & RICHARDSON P.C.
                                                    12390 El Camino Real
27   *Attorneys for Defendant-Counterclaimant*      San Diego, CA 92130
     *Kelora Systems, LLC*                          Telephone:  (858) 678-5070
28                                                  Facsimile:  (858) 678-5099

                                         1                        Case No. CV11-03938 CW

Enrique Duarte (CA Bar # 247523)
duarte@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

*Attorneys for Plaintiff-Counterdefendant*
*Adobe Systems Incorporated*

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

*/s/ Olga I. May*

2                                      Case No. CV11-03938 CW

1

**[PROPOSED] ORDER**

2        Having reviewed the parties' Stipulation regarding Dismissal of All Claims and

3    Counterclaims, this Court adopts the Stipulation.

4        **IT IS HEREBY ORDERED THAT:**

5        1.      All Adobe's claims against Kelora in this action are dismissed without prejudice;

6        2.      All Kelora's counterclaims against Adobe in this action are dismissed with prejudice.

7        3.      Each side agrees to bear its own costs and fees in this action.

8        **IT IS SO ORDERED.**

9

10   Dated: _____6/19/2013_____

CLAUDIA WILKEN
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28